No. 700, Misc. SASSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *James W. Marshall* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 701, Misc. MORGANTI v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 716, Misc. WARD v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 723, Misc. POSTON v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Joseph A. Ryan* for petitioner. *Solicitor General Griswold* for the United States.

No. 746, Misc. PRINCE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Conrad J. Lynn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 758, Misc. QUINONES v. NEW YORK. Sup. Ct. N. Y., New York County. Certiorari denied. *Frank S. Hogan* and *Sybil Landau* for respondent.

No. 694, Misc. FOSTER v. KROPP, WARDEN. C. A. 6th Cir. Certiorari and other relief denied.

No. 695, Misc. ALLISON v. WAINWRIGHT, CORRECTIONS DIRECTOR. Dist. Ct. App. Fla., 1st Dist. Certiorari and other relief denied.